A CERTIFIED TRUE COPY
JUN 13 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
JUN 27 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAY 26 2006

FILED
CLERK'S OFFICE

DOCKET NO. 875

C 06 - 2271 CW

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

### (SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO-264)

On July 29, 1991, the Panel transferred 21,937 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 80,641 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable James T. Giles.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Giles.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of July 29, 1991, 771 F.Supp. 415 (J.P.M.L. 1991), and, with the consent of that court, assigned to the Honorable James T. Giles.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JUN 13 2006

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

# SCHEDULE CTO-264 - TAG-ALONG ACTIONS
## DOCKET NO. 875
## IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| **CALIFORNIA NORTHERN** | |
| CAN 3 06-843 | Richard Cody v. General Electric Co. |
| CAN 3 06-1634 | Robert Mathews v. General Electric Co., et al. |
| CAN 3 06-2271 | Maria J. Ballenger, et al. v. Agco Corp., et al. |
| CAN 4 06-2134 | Richard Smid, et al. v. General Electric Co., et al. |
| **ILLINOIS SOUTHERN** | |
| ILS 3 06-199 | Clarence Rushing, et al. v. Burlington Northern & Santa Fe Railway Co. |
| **MASSACHUSETTS** | |
| ~~MA 1 06-10618~~ | ~~Louise M. Proto, etc. v. Metropolitan Life Insurance Co., et al.~~ Opposed 6/13/06 |
| **MARYLAND** | |
| MD 1 06-841 | Donna F. Forster, etc. v. Anchor Packing Co., et al. |
| **MINNESOTA** | |
| MN 0 06-442 | Roy C. Carlson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-443 | Mayo W. Chance v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-446 | Verner Keskitalo v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-449 | David J. Olson v. Garlock Sealing Technologies, LLC, et al. |
| MN 0 06-1314 | Roland Lamke v. Garlock Sealing Technologies, LLC, et al. |
| **MISSISSIPPI NORTHERN** | |
| MSN 1 06-51 | James Wayne Anglin v. Bondex International, Inc., et al. |
| MSN 1 06-54 | Billy D. McGaughy v. Bendix Corp., et al. |
| MSN 1 06-57 | John Sellers v. Bendix Corp., et al. |
| MSN 1 06-65 | Elbert Franklin Davis v. Bendix Corp., et al. |
| MSN 1 06-66 | Edward Fowler v. Bendix Corp., et al. |
| MSN 1 06-67 | Jimmy Taylor v. Certainteed Corp., et al. |
| MSN 1 06-68 | Bill Jerome Parker v. Garlock, Inc., et al. |
| MSN 1 06-69 | Jewel Edward Parker v. Garlock, Inc., et al. |
| MSN 1 06-70 | Charles Clarence McVay, Jr. v. Georgia-Pacific Corp., et al. |
| MSN 1 06-75 | Sammy Egbert Parker v. Garlock, Inc., et al. |
| MSN 1 06-78 | Arnold Parker v. Garlock, Inc., et al. |
| MSN 1 06-81 | Bobby Ray Hilburn v. Garlock, Inc., et al. |
| MSN 1 06-82 | Clovis Essary v. Ametek, Inc., et al. |
| MSN 1 06-83 | Frank Henry v. Ametek, Inc., et al. |
| MSN 1 06-84 | Billy Gale Trimble v. Dana Corp., et al. |
| MSN 1 06-86 | Willie Melvin Ross v. Ametek, Inc., et al. |
| MSN 1 06-87 | Almus Lee Ross v. Ametek, Inc., et al. |
| MSN 1 06-89 | Donnie L. Bray v. Garlock, Inc., et al. |
| MSN 1 06-90 | Mary Manley, etc. v. Aqua-Chem, Inc., et al. |
| MSN 1 06-104 | Earl Franklin Spencer v. Garlock, Inc., et al. |
| MSN 2 06-27 | Kenneth W. Lantrip v. Ametek, Inc., et al. |
| MSN 2 06-28 | Paul M. Jennings v. Garlock, Inc., et al. |
| MSN 2 06-34 | Earl Jones v. Georgia-Pacific Corp., et al. |
| MSN 2 06-35 | Wilber Taylor v. Georgia-Pacific Corp., et al. |
| MSN 2 06-37 | Ira Bledsoe v. Georgia-Pacific Corp., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

Page 2 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MSN 2  06-39 | Ben Christian v. Georgia-Pacific Corp., et al. |
| MSN 2  06-40 | Roy Thomas v. Georgia-Pacific Corp., et al. |
| MSN 2  06-41 | Ollie McCray v. Garlock, Inc., et al. |
| MSN 2  06-45 | Rena Mae McCray v. Ametek, Inc., et al. |
| MSN 2  06-46 | Dennise Gene Pearson v. Certainteed Corp., et al. |
| MSN 2  06-47 | Lawrence King v. Ametek, Inc., et al. |
| MSN 3  06-20 | Jerry Clay Merritt, Sr. v. Bendix Corp., et al. |
| MSN 3  06-22 | Mack Arthur Quarles v. Bendix Corp., et al. |
| MSN 3  06-28 | Donny Delbridge, et al. v. Garlock, Inc., et al. |
| MSN 3  06-29 | Claude Campbell v. Georgia-Pacific Corp., et al. |
| MSN 3  06-30 | Rickey Bing v. Georgia-Pacific Corp., et al. |
| MSN 3  06-31 | Al Beard v. Georgia-Pacific Corp., et al. |
| MSN 3  06-32 | Clyde Campbell v. Georgia-Pacific Corp., et al. |
| MSN 3  06-33 | Oplis King v. Georgia-Pacific Corp., et al. |
| MSN 3  06-34 | Warrick Darnell Jones v. Georgia-Pacific Corp., et al. |
| MSN 3  06-35 | John P. Riles v. Certainteed Corp., et al. |
| MSN 3  06-36 | Glenn Edward Smith v. Georgia-Pacific Corp., et al. |
| MSN 3  06-37 | Donald Houston Roy v. Garlock, Inc., et al. |
| MSN 3  06-42 | Walter D. Henry v. Ametek, Inc., et al. |
| MSN 3  06-43 | Thomas Johnson Thweatt v. Crown Cork & Seal Co. (USA), Inc., et al. |
| MSN 3  06-44 | Cecil Gandy v. Ametek, Inc., et al. |
| MSN 3  06-45 | Bettina Hardin, et al. v. Georgia-Pacific Corp., et al. |
| MSN 3  06-46 | Milton Ferrell Simpson v. Georgia Pacific Corp., et al. |
| MSN 3  06-47 | Kathleen Parvin v. Ametek, Inc., et al. |
| MSN 3  06-48 | Biddie Louis Pannell v. Georgia-Pacific Corp., et al. |
| MSN 3  06-49 | Raymond Bates v. Georgia-Pacific Corp., et al. |
| MSN 4  05-124 | James Anderson, et al. v. Owens-Illinois, Inc. |

MISSISSIPPI SOUTHERN

| | |
|---|---|
| MSS 1  06-126 | Mary Barnette v. Bendix Corp., et al. |
| MSS 1  06-138 | Helen Thrash, etc. v. Budd Co., et al. |
| MSS 1  06-139 | Wendell Alford v. Arvin Meritor, Inc., et al. |
| MSS 1  06-144 | Billy Bell v. Bondex International, Inc., et al. |
| MSS 1  06-169 | William Bethea Everett v. Bendix Corp., et al. |
| MSS 1  06-171 | Robert Earle McCullough, et al. v. Ametek, Inc., et al. |
| MSS 1  06-172 | Herbert Frank Poole v. Bondex International, Inc., et al. |
| MSS 1  06-173 | Walter Dave Wigley v. Ametek, Inc., et al. |
| MSS 1  06-177 | Tillis Edgar Loper v. Ford Motor Co., et al. |
| MSS 1  06-179 | Richard Lee Epting v. D.B. Riley, Inc., et al. |
| MSS 1  06-181 | Andrew Husley, Jr. v. Georgia-Pacific Corp., et al. |
| MSS 1  06-184 | Eugene Raymond Walker v. Georgia-Pacific Corp., et al. |
| MSS 1  06-190 | John Byars v. Aqua-Chem, Inc., et al. |
| MSS 1  06-201 | Jimmy Bilbro v. Ametek, Inc., et al. |
| MSS 1  06-202 | Francis Elliot Larson v. Ametek, Inc., et al. |
| MSS 1  06-203 | Willie Gooden v. Ametek, Inc., et al. |
| MSS 1  06-204 | James Carson v. Ametek, Inc., et al. |
| MSS 1  06-205 | Eddie Chandler v. Ametek, Inc., et al. |
| MSS 1  06-206 | Orville Goolsby v. Ametek, Inc., et al. |
| MSS 1  06-207 | John Field v. Ametek, Inc., et al. |
| MSS 1  06-208 | Kenneth Estis v. Ametek, Inc., et al. |
| MSS 1  06-209 | Willard Roberts v. Ametek, Inc., et al. |
| MSS 1  06-210 | Norman Kearney Shelton v. Bendix Corp., et al. |
| MSS 1  06-211 | Pertis Rander Watts v. Ametek, Inc., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

Page 3 of 6

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-212 | Wardell Sawyer v. Ametek, Inc., et al. |
| MSS 1 06-213 | Eddie Chandler v. Ametek, Inc., et al. |
| MSS 1 06-214 | Alfred Riley Nix v. Ametek, Inc., et al. |
| MSS 1 06-215 | Roy H. Mixon v. Ametek, Inc., et al. |
| MSS 1 06-216 | Jefferson Davis v. Aqua-Chem, Inc., et al. |
| MSS 1 06-219 | Harry Collins v. Certainteed Corp., et al. |
| MSS 1 06-220 | Howard Dugger, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-221 | Isaac Dugger v. Aqua-Chem, Inc., et al. |
| MSS 1 06-227 | Raymond Nygard v. American Optical Co., et al. |
| MSS 1 06-228 | Reuben Eugene Ogborn v. Ametek, Inc., et al. |
| MSS 1 06-229 | Ernest McIntosh v. Aqua-Chem, Inc., et al. |
| MSS 1 06-230 | Donald Hartfield v. Ametek, Inc., et al. |
| MSS 1 06-231 | Lewis Catrett v. Aqua-Chem, Inc., et al. |
| MSS 1 06-232 | Michael Wayne McClantoc v. Ametek, Inc., et al. |
| MSS 1 06-234 | John Bruce Swanzy v. Ametek, Inc., et al. |
| MSS 1 06-235 | William Ray v. Ametek, Inc., et al. |
| MSS 1 06-236 | Allen Cochran v. American Optical Co., et al. |
| MSS 1 06-237 | Billy Brock v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-238 | Linzy Holliman v. Aqua-Chem, Inc., et al. |
| MSS 1 06-239 | Horace Leon Welford v. Ametek, Inc., et al. |
| MSS 1 06-240 | Joe Cameron, et al. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-241 | Zolia Cornelius Oliver, Jr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-242 | Curtis Aron Prescott v. Ametek, Inc., et al. |
| MSS 1 06-248 | James Fross v. Aqua-Chem, Inc., et al. |
| MSS 1 06-250 | Louis Montgomery v. Aqua-Chem, Inc., et al. |
| MSS 1 06-262 | Lillie C. Hill v. General Electric Co., et al. |
| MSS 1 06-263 | Leavern Wilson v. Ametek, Inc., et al. |
| MSS 1 06-264 | Samuel Earl Mozingo v. Ametek, Inc., et al. |
| MSS 1 06-267 | Rudolph Ishee v. Ametek, Inc., et al. |
| MSS 1 06-270 | Ernest Ray Littlefield, Sr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-272 | Billy Brock v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-273 | Timothy Lavoy Hill v. Ametek, Inc., et al. |
| MSS 1 06-274 | Otis Gayle McDonald v. Ametek, Inc., et al. |
| MSS 1 06-275 | Claude Layton Odom v. D.B. Riley, Inc., et al. |
| MSS 1 06-276 | Jimmy Lavon Parker v. Dana Corp., et al. |
| MSS 1 06-277 | Eddie Louis Smith v. Certainteed Corp., et al. |
| MSS 1 06-279 | George Louis Smith v. Certainteed Corp., et al. |
| MSS 1 06-280 | Levi Thomas, Jr. v. Certainteed Corp., et al. |
| MSS 1 06-281 | Lawrence Ainsworth v. Drilling Specialties Co., LLC, et al. |
| MSS 1 06-282 | Curtis Lee Jernigan v. Ametek, Inc., et al. |
| MSS 1 06-285 | Sylvester Benson Robinson, Jr. v. Ametek, Inc., et al. |
| MSS 1 06-286 | James Bartlett v. Ametek, Inc., et al. |
| MSS 1 06-287 | General L. Sherman v. Ametek, Inc., et al. |
| MSS 1 06-288 | Charles Green v. Ametek, Inc., et al. |
| MSS 1 06-289 | William E. Burkhart v. Ametek, Inc., et al. |
| MSS 1 06-290 | Jean Barnwell, etc. v. Ametek, Inc., et al. |
| MSS 1 06-291 | Melvin Lister, Jr. v. Aqua-Chem, Inc., et al. |
| MSS 1 06-292 | Jimmy Davis Ward v. Ametek, Inc., et al. |
| MSS 1 06-293 | Ralph Elbert Tucker v. Ametek, Inc., et al. |
| MSS 1 06-294 | Clarence Eugene Lister v. Ametek, Inc., et al. |
| MSS 1 06-295 | Sammy W. Crawford v. Ametek, Inc., et al. |
| MSS 1 06-296 | James L. Stuckey v. Ametek, Inc., et al. |
| MSS 1 06-297 | Chester Kenton Freeman v. Ametek, Inc., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| MISSISSIPPI SOUTHERN | |
| MSS 1 06-298 | Davey Ellis Rabb v. Ametek, Inc., et al. |
| MSS 1 06-299 | Kenneth R. Mahan v. Ametek, Inc., et al. |
| MSS 1 06-300 | Thomas Franklin Pearson v. Ametek, Inc., et al. |
| MSS 1 06-301 | Leslie W. Johnson v. Ametek, Inc., et al. |
| MSS 1 06-302 | Curtis L. Raybon, Sr. v. Ametek, Inc., et al. |
| MSS 1 06-303 | Edward Charles Besancon, Sr. v. Ametek, Inc., et al. |
| MSS 1 06-304 | Connell Lewis v. Aqua-Chem, Inc., et al. |
| MSS 1 06-305 | Richard Lowery Dana v. Aqua-Chem, Inc., et al. |
| MSS 1 06-306 | Albert Earl Smith v. Ametek, Inc., et al. |
| MSS 1 06-308 | John Bryant v. Owens-Illinois, Inc. |
| MSS 1 06-309 | Charlie Davis v. Ametek, Inc., et al. |
| MSS 1 06-320 | Bennie Luther Sparkman v. Ametek, Inc., et al. |
| MSS 1 06-321 | Cecil Alfred Whitmore v. Ametek, Inc., et al. |
| MSS 1 06-322 | Michael Robinson v. Ametek, Inc., et al. |
| MSS 1 06-323 | Luther Knight v. Ametek, Inc., et al. |
| MSS 1 06-324 | Alton Cornett v. Ametek, Inc., et al. |
| MSS 1 06-325 | Albert Earl Smith v. Ametek, Inc., et al. |
| MSS 1 06-326 | Jack Crawford v. Aqua-Chem, Inc., et al. |
| MSS 1 06-327 | Chester Kenton Freeman, Sr. v. Ametek, Inc., et al. |
| MSS 1 06-328 | Claude Garrett v. Ametek, Inc., et al. |
| MSS 1 06-329 | Robert Furby v. Ametek, Inc., et al. |
| MSS 1 06-330 | Jessie L. Bennett v. Ametek, Inc., et al. |
| MSS 1 06-331 | James Buckley v. Ametek, Inc., et al. |
| MSS 1 06-332 | Bruce B. Ebeling v. Ametek, Inc., et al. |
| MSS 1 06-333 | Byron Brown v. Ametek, Inc., et al. |
| MSS 1 06-334 | Hayward Dwight Ray v. Ametek, Inc., et al. |
| MSS 1 06-335 | John Morgan v. Ametek, Inc., et al. |
| MSS 1 06-336 | Majure Lavon Smith v. Ametek, Inc., et al. |
| MSS 1 06-337 | Mildred Blackwell Henderson v. Ametek, Inc., et al. |
| MSS 1 06-338 | Billy Boyles v. Ametek, Inc., et al. |
| MSS 1 06-339 | Billy Reid v. Ametek, Inc., et al. |
| MSS 1 06-340 | Joseph Jens Pedersen v. Ametek, Inc., et al. |
| MSS 1 06-341 | Julian Crooks v. Ametek, Inc., et al. |
| MSS 1 06-342 | Teddy Albert Sullivan v. Ametek, Inc., et al. |
| MSS 1 06-343 | James E. Smith v. Ametek, Inc., et al. |
| MSS 1 06-344 | James Clay v. Certainteed Corp., et al. |
| MSS 1 06-345 | Douglas C. Danley v. Ametek, Inc., et al. |
| MSS 1 06-346 | John D. Grant v. Ametek, Inc., et al. |
| MSS 1 06-347 | Joseph Cox v. Ametek, Inc., et al. |
| MSS 1 06-348 | Jerry Louis Kirkland v. Georgia-Pacific Corp., et al. |
| MSS 1 06-349 | Jerry Harvison v. Ametek, Inc., et al. |
| MSS 1 06-350 | Lloyd Sumers Tickell, Jr. v. Ametek, Inc., et al. |
| MSS 1 06-351 | Coney B. Bryan v. Ametek, Inc., et al. |
| MSS 1 06-352 | Ted Grey v. Ametek, Inc., et al. |
| MSS 1 06-353 | Nickey Arnold v. Ametek, Inc., et al. |
| MSS 1 06-354 | Billy Ray Holifield v. Georgia-Pacific Corp., et al. |
| MSS 1 06-355 | Billy Charles Smith v. Georgia-Pacific Corp., et al. |
| MSS 1 06-356 | Hubert L. Jones v. Georgia-Pacific Corp., et al. |
| MSS 1 06-357 | Walter Hargrave v. Ametek, Inc., et al. |
| MSS 1 06-358 | Lloyd Overton v. Ametek, Inc., et al. |
| MSS 1 06-359 | Roland L. Thornton v. Ametek, Inc., et al. |
| MSS 1 06-360 | Michael M. Murphy v. Ametek, Inc., et al. |
| MSS 1 06-361 | Helen Patricia Odom v. Georgia-Pacific Corp., et al. |

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

Page 5 of 6

DIST. DIV. C.A. #             CASE CAPTION

MISSISSIPPI SOUTHERN
  MSS  1  06-362              John Paul Rigney v. Ametek, Inc., et al.
  MSS  1  06-364              Eddie Charles Jones v. Certainteed Corp., et al.
  MSS  1  06-366              Jean Loper v. Aqua-Chem, Inc., et al.
  MSS  1  06-367              Paris Martin v. Certainteed Corp., et al.
  MSS  1  06-369              Charles McArthur Palmer v. Ametek, Inc., et al.
  MSS  1  06-370              Leavester McKenzie v. Ametek, Inc., et al.
  MSS  1  06-371              Roy Barnett v. Ametek, Inc., et al.
  MSS  1  06-372              Delano Abercrombie, et al. v. Crane Co., et al.
  MSS  1  06-373              Clarence McNeese v. Crane Co., et al.
  MSS  1  06-381              Johnny W. Faust v. Phillips 66 Co., et al.
  MSS  1  06-382              Dale F. Polk v. Phillips 66 Co., et al.
  MSS  1  06-395              John Lee Dover v. Certainteed Corp., et al.
  MSS  1  06-400              Joseph Dunbar, Jr. v. American Standard, Inc., et al.
  MSS  1  06-403              Adell Evans v. Fairbanks Morse Pump Corp., et al.
  MSS  1  06-405              Elouise Thornton v. American Standard, Inc., et al.
  MSS  1  06-411              Carol Ann Wood v. Crane Co., et al.

NORTH CAROLINA MIDDLE
  NCM  1  06-317              Nelson Franklin McMahan, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-318              Clifford Henry Morgan v. Aqua-Chem, Inc., et al.
  NCM  1  06-319              Charles Warren Fuller, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-320              Arnold Lee Kluttz, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-334              Kenneth Franklin Ballard, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-335              William Wayne Allred, et al. v. Aqua-Chem, Inc., et al.
  NCM  1  06-336              Anthony Ladd Flinchum v. Aqua-Chem, Inc., et al.

NORTH CAROLINA WESTERN
  NCW  1  06-100              Timothy Eugene Abernathy v. Aqua-Chem, Inc., et al.
  NCW  1  06-101              Brenda Cook Baker, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-102              Earl Reid Chronister, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-103              Paul David Corriher, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-105              Bill James DeBerry, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-107              Walter Cornelius Harman, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-108              Ronald Dale Leatherman, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-109              Leslie Conrad Hovis, III, et al. v. Aqua-Chem, Inc, et al.
  NCW  1  06-110              Henry Johnson Brown, Jr. v. Aqua-Chem, Inc., et al.
  NCW  1  06-112              Terry Lee Slaughter, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-113              David Larry Wright, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-114              Fred Chester Meeks, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-117              Randall Ray Tracey, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-118              Clifford Lewis McCoy, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-119              Ronny Lee Richardson, et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-120              William Lloyd Steele, Jr., et al. v. Aqua-Chem, Inc., et al.
  NCW  1  06-133              Lonnie H. Williams, et al. v. A.W. Chesterton, Inc., et al.
  NCW  1  06-137              Darryl M. Hutchins v. 3M Co., et al.

NEW MEXICO
  NM  1  06-362               Ronald Sanchez v. Burlington Northern & Santa Fe Railway Co.
  NM  1  06-365               Tim R. Sanchez v. Burlington Nothern & Santa Fe Railway Co.
  NM  1  06-368               Ron Butler v. Burlington Northern & Santa Fe Railway Co.
  NM  2  06-361               William H. Monroe, Jr., etc. v. Burlington Northern & Santa Fe Railway Co.
  NM  2  06-364               Coleman D. Hunt v. Burlington Northern & Santa Fe Railway Co.
  NM  6  06-363               Bob Butler v. Burlington Northern & Santa Fe Railway Co.
  NM  6  06-366               Willie R. Chavez v. Burlington Northern & Santa Fe Railway Co.

SCHEDULE - CTO-264 - TAG-ALONG ACTIONS - MDL-875

Page 6 of 6

<u>DIST. DIV. C.A. #</u>       <u>CASE CAPTION</u>

NEW YORK EASTERN
NYE 1 06-932         John P. Voytek, etc. v. A.W. Chesterton Co., et al.
NYE 1 06-996         Clara Garner, etc. v. A.O. Smith Water Products Co., et al.
NYE 1 06-1120        Masie Frier, etc. v. A.W. Chesterton Co., et al.
NYE 1 06-1841        Joseph Nemick, et al. v. A.W. Chesterton Co., et al.
NYE 1 06-1929        James T. McMahon, Jr., et al. v. A.W. Chesterton Co., et al.

NEW YORK SOUTHERN
NYS 1 05-8414        Alan Rubin, etc. v. General Electric Co.
NYS 1 06-1708        Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust
NYS 1 06-1709        Willard E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust
NYS 1 06-2088        Salvador Midence v. United States Lines, Inc. Reorganization Trust
NYS 1 06-2349        William E. Bartel, et al. v. United States Lines, Inc. Reorganization Trust

OHIO NORTHERN
OHN 1 06-10003       Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 06-10004       Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.
OHN 1 06-10005       Willard E. Bartel, et al. v. A-C Product Liability Trust, et al.

WEST VIRGINIA SOUTHERN
~~WVS 2 06-213~~        ~~Franklin Joseph Modley, et al. v. 20th Century Glove Corp. of Texas, et al.~~
                     Opposed 6/13/06

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED: 6-19-06
ATTEST: [signature]