JEFFREY A. KAISER, ESQ., [SBN 160594]
ROGER E. GOLD, ESQ., [SBN 214802]
**LEVIN SIMES KAISER & GORNICK LLP**
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: (415) 646-7160
Fax: (415) 981-1270

Attorneys for PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARA J. BALLENGER, individually and on Behalf of the Estate of JOHN M. BALLENGER, decedent; JAMES M. BALLENGER, CHARLES J. BALLENGER AND DOES ONE through TEN, inclusive,<br><br>Plaintiff,<br><br>vs.<br><br>A. W. CHESTERTON COMPANY, et al.,<br><br>Defendants. | Case NO. C 06-02271<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING PLAINTIFF'S TIME TO FILE A REPLY TO DEFENDANT TODD SHIPYARDS, INC.'S OPPOSITION TO MOTION TO REMAND<br><br>The Honorable Claudia Wilken |

This stipulation is made by and between plaintiffs MARA J. BALLENGER, et al.("Plaintiffs") and defendant TODD SHIPYARDS, INC. by and through their respective attorneys of record, Levin Simes Kaiser & Gornick, LLP and Yaron & Associates. The parties hereby agree and stipulate as follows below:

1) Plaintiffs may file a Reply to Defendant's Opposition to Plaintiffs' Motion to Remand on or before June 20, 2006 and said reply must comply with evidentiary requirements of the Federal Rules of Civil Procedure and Evidence, and the local rules of the United States District Court,

//

1  Northern District of California. Additionally, said reply must comply with *United States v. Sardie*,

2  191 F. Supp. 2d 1117, 1127; 2000 U.S. Dist. LEXIS 21068, which states:

3  "It is improper for a moving party to introduce new facts or different legal arguments on the reply brief
   than those presented in the moving papers. See *Lujan v. National Wildlife Federation*, 497 U.S. 871,
4  894-95, 110 S.Ct. 3177, 111 L.Ed. 2d 695 (1990)."

                                                    LEVIN SIMES KAISER & GORNICK LLP

Dated: 6/15/06                          By: _____
                                            ROGER E. GOLD
                                            Attorneys for Plaintiffs


                                                    YARON & ASSOCIATES


Dated: 6/15/06                          By: _____
                                            D. DAVID STEELE
                                            Attorneys for Defendant


Dated: 6/30/06                          _____
                                            HONORABLE CLAUDIA WILKEN
                                            Judge of the United States District Court
                                            Northern District of California

- 2 -