IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA J. BALLENGER, et al.,

       Plaintiffs,

  v.

AGCO CORPORATION, et al.,

       Defendants.
                                  /

No. C 06-02271 CW

ORDER TO SHOW CAUSE

On June 21, 2007, a Case Management Conference was held in the above-captioned case. Pursuant to the Court's Case Management Order, Plaintiff was to inform the Court by June 29, 2007, which defendants had not been served. Any defendant who had not been served would be dismissed. Plaintiff has failed to so inform the Court. Accordingly,

IT IS HEREBY ORDERED that Plaintiff shall show cause by declaration filed with the Court and served on opposing counsel on or before September 7, 2007, listing all defendants who have not been served and why those defendants should not be dismissed for failure to prosecute.

It is Plaintiff's responsibility to prosecute this case. Plaintiff must comply with the Court's orders in a timely manner. Failure to comply with this order will be deemed a sufficient

ground for sanctions, including dismissal of all unserved defendants.

Dated: 8/23/07

                                       /s/ Claudia Wilken
                                       CLAUDIA WILKEN
                                       United States District Judge