IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARIA J. BALLENGER, et al.,

    Plaintiffs,

  v.

AGCO CORPORATION, et al.,

    Defendants.
_____/

No. 06-02271 CW

ORDER DISMISSING UNSERVED DEFENDANTS

On August 23, 2007, the Court issued an Order to Show Cause for Plaintiffs to file a declaration listing all defendants who have not been served and why those defendants should not be dismissed for failure to prosecute.  Plaintiffs did not respond to the Order to Show Cause.  Accordingly,

IT IS HEREBY ORDERED that Defendants Crown Cork and Seal, FMC Corporation, General Electric Company, Ingersoll Rand Company, J.T. Thorpe & Son, Inc., Plant Insulation Company, Soco-West, Inc., Terex Corporation, Uniroyal, Inc., and Viacom Incorporated are dismissed without prejudice for failure to prosecute.

Dated  9/25/07

CLAUDIA WILKEN
United States District Judge