JEFFREY A. KAISER, ESQ., [SBN 160594]
JESSICA N. BIERNIER, ESQ., [SBN 239831]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery Street, 36th Floor
San Francisco, CA  94104
Telephone:  (415) 646-7160
Fax:  (415) 981-1270

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARA J. BALLENGER, individually and on Behalf of the Estate of JOHN M. BALLENGER, decedent; JAMES M. BALLENGER, and CHARLES J. BALLENGER,<br><br>Plaintiff,<br><br>vs.<br><br>AGCO CORPORATION, et al.,<br><br>Defendants. | ) Case No:  06-02271 CW<br>)<br>) **ORDER GRANTING JOINT MOTION FOR**<br>) **AN ORDER MODIFYING CASE**<br>) **MANAGEMENT AND PRETRIAL ORDER**<br>) **AND CONTINUING TRIAL DATE**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) **Dept:    Courtroom 2, Fourth Floor**<br>) **Judge:   Hon. Claudia Wilken** |

Having considered all of the papers filed by Plaintiffs and Defendants and upon a showing of good cause,

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Plaintiffs' and Defendant's Joint Motion for an Order Modifying the Case Management and Pretrial Order and move the trial and certain pretrial cut-off dates is hereby **GRANTED**:

The Case Management and Pretrial Order shall be modified to reflect the following date and deadline changes:

/ / /

/ / /

|  | Current Date/Deadline | Proposed Date/Deadline |
|---|---|---|
| TRIAL DATE | June 23, 2008 | February 23, 2009 |
| NEXT CASE MANAGEMENT CONFERENCE | April 3, 2008 | November 6, 2008 |
| COMPLETION OF FACT DISCOVERY | February 1, 2008 | September 5, 2008 |
| DISPOSITIVE MOTIONS | April 3, 2008 | November 6, 2008 |
| DISCLOSURE OF EXPERTS | January 1, 2008 | July 2, 2008 |
| EXPERT DISCOVERY | February 20, 2008 | September 24, 2008 |
| FINAL PRETRIAL CONFERENCE | June 10, 2008 | February 3, 2009 |
| ADR SESSION HELD BY | December 21, 2007 | August 29, 2008 |

DATED:   12/5/07

_____
HONORABLE CLAUDIA WILKEN
United States District Court Judge