JEFFREY A. KAISER, ESQ. [SBN 160594]
JESSICA N. BIERNIER, ESQ. [SBN 239831]
**LEVIN SIMES KAISER & GORNICK, LLP**
44 Montgomery Street, 36th Floor
San Francisco, California 94104
Telephone    (415) 646-7160
Facsimile    (415) 981-1270

Attorneys for Plaintiffs
MARA J. BALLENGER, ET AL.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARA J. BALLENGER, individually and on Behalf of the Estate of JOHN M. BALLENGER, decedent; JAMES M. BALLENGER, and CHARLES J. BALLENGER,<br><br>Plaintiff,<br><br>vs.<br><br>AGCO CORPORATION, et al.,<br><br>Defendants. | Case No: 06-02271CW<br><br>STIPULATION OF DISMISSAL OF ACTION [F.R.C.P. 41(a)(1)]<br><br>Dept:   Courtroom 2, Fourth Floor<br>Judge:  Hon. Claudia Wilken |

It is hereby stipulated by and between the parties to this action through their designated counsel that that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: April 4, 2008

**LEVIN SIMES KAISER & GORNICK, LLP**

_/s/ Jessica N. Biernier_
Jessica N. Biernier
Attorneys for Plaintiffs

Dated: April 4, 2008

**McKENNA LONG & ALDRIDGE**

_/s/ Paul Lannus_
Paul Lannus
Attorneys for Defendant Terex Corporation

Dated: April 4, 2008

**YARON & ASSOCIATES**

_/s/ Keith E. Patterson_
Keith E. Patterson
Attorneys for Todd Shipyards Corp.

Dated: April 4, 2008

**SCHIFF HARDIN**

_/s/ Alex Catalona_
Alex Catalona
Attorneys for Sulzer Pumps

C:\Documents and Settings\plannu\Local Settings\Temporary Internet Files\OLK28\Stip Dismiss Action 4 1 08 (3).doc

- 1 -

STIPULATION OF DISMISSAL
F.R.C.P. 41(a)(1), No. 06-02271CW

**IT IS SO ORDERED**
_/s/ Claudia Wilken_
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA